IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JONATHAN PATTERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Civil No. 5:20-CV-00117-GCM |

**ORDER**

This matter is before the Court by the United States Court of Appeals for the Fourth Circuit's Order remanding this case to the district court and the parties' joint motion for remand under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3).

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: May 18, 2022

Graham C. Mullen
United States District Judge